UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION



SUPPRESSED

FILED

JUN 2 9 2016

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| v.  ) | No. |
| ) | |
| JOSEPH L. BRUGMANN,  ) | 4:16CR272 RLW/SPM |
| ) | |
| Defendant.  ) | |

## INDICTMENT

### COUNT I

The Grand Jury charges that:

At all times pertinent to the charges in this indictment:

1.    Federal law defined the term

    (a)    "minor" to mean any person under the age of eighteen years (18 U.S.C. § 2256(1));

    (b)    "sexually explicit conduct" to mean actual or simulated--

        (i)    sexual intercourse, including genital-genital, anal-genital, oral-genital, oral-anal, whether between persons of the same or opposite sex,

        (ii)    bestiality,

        (iii)    masturbation,

        (iv)    sadistic or masochistic abuse, or

(v)  lascivious exhibition of the genitals or pubic area of any person (18 U.S.C. §2256(2)(A));

(c)  "computer" to mean an electronic, magnetic, optical, electrochemical or other high speed data processing device performing logical, arithmetic or storage functions, including any data storage facility or communications facility directly related to or operating in conjunction with such device. (18 U.S.C.§ 2256(6));

(d)  "child pornography" to mean any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where--

(A)  the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct; or

(C)  such visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaging in sexually explicit conduct. (18 U.S.C. §2256(8)).

2.  The "Internet" was, and is, a computer communications network using interstate and foreign lines to transmit data streams, including data streams used to store, transfer and receive graphic files.

2.  Between on or about March 2, 2012, and on or about January 28, 2014, within the Eastern District of Missouri and elsewhere,

**JOSEPH L. BRUGMANN,**

the defendant herein, did knowingly possess material that contained images and videos of child pornography that was produced using materials that traveled in interstate commerce, to wit, a

2

generic tower computer with a black "Antec" case containing a Seagate hard drive that was produced outside Missouri and therefore has traveled in interstate and foreign commerce, and said hard drive contained child pornography, including but not limited to the following:

1. !!!new chiharu(pthc)cute jap loli 14uu.avi, which is a video file depicting, among other things, an adult male engaged in sexual intercourse with a prepubescent minor female;

2. kjhj.jbjklgh.wmv, which is a video file depicting, among other things, a prepubescent minor female performing oral sex on an adult male, the adult male performing oral sex on the prepubescent minor female and the adult male having sexual intercourse with the prepubescent minor female; and

3. sd.wmv, which is a video file depicting, among other things, a prepubescent minor female performing oral sex on an adult male and the adult male having sexual intercourse with the prepubescent minor female;

In violation of Title 18, United States Code, Sections 2252A (a)(5)(B) and (b)(2).

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
GILBERT C. SISON, #52346MO
Assistant United States Attorney